JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, and STATE OF CALIFORNIA ex rel Inna Doctorovich,<br><br>Plaintiffs,<br><br>v.<br><br>MORTON H. FIELD, M.D.<br><br>Defendant | CASE NO. CV 13-6818 CAS (CWx)<br><br>[PROPOSED] ORDER TO DISMISS ACTION WITHOUT PREJUDICE<br><br>**[FILED CONCURRENTLY: STIPULATION TO DISMISSAL OF ACTION WITHOUT PREJUDICE]** |

Good cause appearing therefor, the Court hereby rules as follows:

1. The above-captioned action ("this action") is dismissed *without prejudice*.

IT IS SO ORDERED.

Dated: March 12, 2018

*Christina A. Snyder*
UNITED STATES DISTRICT JUDGE

**Order of Dismissal**